HEATHER E. WILLIAMS, #122664
Federal Defender
ANDRAS FARKAS, #254302
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
DANNY SALDANA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  1:13-MJ-00254 SAB-1 |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE ) STATUS CONFERENCE |
| vs. | ) |
| DANNY SALDANA, | ) DATE:   March 6, 2014 ) TIME:    10:00 a.m. ) JUDGE: Hon. Stanley A. Boone |
| Defendant. | ) |

   IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-captioned matter now set for February 20, 2014, may be continued to **March 6, 2014 at 10:00 a.m.**

   This continuance is requested by the defense due to a medical appointment that Mr. Saldana must attend.  The government has no objection to this request.  The requested continuance will conserve time and resources for both counsel and the court.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

                                      Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney

DATED: February 18, 2014        /s/ *Ian Whitney*
                                      IAN PATRICK WHITNEY
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

                                      HEATHER WILLIAMS
                                      Federal Defender

DATED: February 18, 2014        /s/ *Andras Farkas*
                                      ANDRAS FARKAS
                                      Assistant Federal Defenders
                                      Attorneys for Defendant
                                      DANNY SALDANA

# O R D E R

**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for good cause.

IT IS SO ORDERED.

Dated: **February 19, 2014**

UNITED STATES MAGISTRATE JUDGE