# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
    v. ) CASE NO. 1:13-MJ-00254-SAB
     )
DANNY SALDANA

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum     ☐ Ad Testificandum.

Name of Detainee: **DANNY SALDANA**

Detained at (custodian): **Fresno County Jail**

Detainee is: a.) ☒ charged in this district by:
    ☐ Indictment     ☐ Information     ☒ Complaint
Charging Detainee With: **36 C.F.R. 4.23(a)(1) – Driving Under the Influence of Alcohol**

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☒ return to the custody of detaining facility upon termination of proceedings
or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary in the Eastern District of California on* **Thursday, March 13, 2014, at 9:00 a.m.,** *Courtroom 9, 6th Floor, before the Honorable Magistrate Judge Stanley A. Boone.*

Signature: /s/ Ian P. Whitney
Printed Name & Phone No: **IAN P. WHITNEY (559) 497-4086**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum     ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, , and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date **Mar 11, 2014**
United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Danny Saldana | Male ☒ | Female ☐ |
| Booking or CDC #: | Booking # 1416174 | DOB: | 10/04/1956 |
| Facility Address: | 1125 M. St. Fresno, CA | Race: | Hispanic |
| | | FBI #: | |
| Facility Phone: | (559) 373-7011 | | |
| Currently Incarcerated For: | First Degree Burglary – PC 459/460A | | |

### RETURN OF SERVICE

Executed on _____ by _____

(Signature)

Form Crim-48

Revised 11/19/97