HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANDRAS FARKAS, Bar #254302
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
DANNY SALDANA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:13-mj-00254 SAB |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| vs. | |
| DANNY SALDANA, | DATE:   June 19, 2014<br>TIME:    11:00 a.m.<br>JUDGE: Hon. Stanley A. Boone |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing currently set for Friday, May 23, 2014, may be continued to **June 19, 2014 at 11:00 a.m.**

The continuance is requested because the Pre-Sentence Investigation Report has raised substantial issues related to Mr. Saldana's criminal and social history which defense counsel needs to investigate further in order to prepare an adequate defense.

///

///

///

///

The parties further stipulate and jointly request that the Court extend the following deadlines:

    Informal Objections to the PSR due: June 2, 2014

    Formal Objections to the PSR: June 12, 2014

The requested continuance will conserve time and resources for both counsel and the court.

                              Respectfully submitted,

                              BENJAMIN B. WAGNER
                              United States Attorney

DATED: May 7, 2014          By:    /s/ *Brian Fogerty*
                                       BRIAN FOGERTY
                                       Special Assistant United States Attorney
                                       Attorney for Plaintiff

                                       HEATHER E. WILLIAMS
                                       Federal Defender

DATED: May 7, 2014          By:    /s/ *Andras Farkas*
                                       ANDRAS FARKAS
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       DANNY SALDANA

**O R D E R**

IT IS SO ORDERED.

Dated:  **May 7, 2014**

                                       UNITED STATES MAGISTRATE JUDGE